United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 29, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-10540

MIGLENA ANGEL,

Plaintiff-Appellant,

versus

THE BOEING COMPANY RETIREE HEALTH
AND WELFARE BENEFIT PLAN,

Defendant-Appellee.

Appeal from the United States District Court
for the Northern District of Texas

Before GARWOOD, SMITH and DEMOSS, Circuit Judges.

PER CURIAM:[*]

Having considered the oral argument of counsel, the briefs of the parties, and the pertinent portions of the record, we affirm the judgment of the district court essentially for the reasons stated in its April 11, 2006 memorandum opinion.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5 the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.